STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TAIGLE, LLC d/b/a MSBDOCS,<br><br>*Defendant.* | CASE NO.: 8:21-cv-00809-CJC-JDE<br><br>**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Plaintiff, Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") hereby submits this Motion For Default Judgment against Defendant, Taigle, LLC d/b/a MSBDocs ("Defendant" and/or "MSBDocs"), and in support, states:

1. On April 30, 2021, Plaintiff filed its Original Complaint against Taigle, LLC, d/b/a MSBDocs (Dkt. 1) alleging infringement of U.S. Patent No. 9,054,860. Defendant Taigle, LLC, d/b/a MSBDocs was served on July 1, 2021. Defendant was required to file an answer to the complaint on July 22, 2021.

2. To date Defendant Taigle, LLC, d/b/a MSBDocs has not filed an answer or otherwise responded to the complaint.

3. On August 16, 2021, Plaintiff DVS filed its Second Request for Default (Dkt. 15). The court entered the Clerk's Entry of Default on August 17, 2021 (Dkt. 17). To date, Defendant has not filed an answer to the Original Complaint.

4. Plaintiff respectfully submits that damages should be calculated a reasonable royalty and that the reasonable royalty should be calculated as set forth in the Affidavit of Leigh Rothschild (Exhibit 1; see paragraphs 6-15). The amount of a reasonable royalty according to this calculation is $437,500.00 U.S.D.

5. At a minimum, damages should be no lower than $150,000.00. See Exhibit 1, paragraphs 14-15.

6. Plaintiff respectfully asks this court to enter a default judgment in favor of Plaintiff ordering Defendant to pay Plaintiff an amount of damages of $437,500.00 U.S.D. but no less than $150,000.00 U.S.D.

Plaintiff further requests this Court to award Plaintiff its attorney fees and expenses incurred in pursuing this matter.

Plaintiff Digital Verification Systems, LLC therefore moves the Court for an order of Default Judgment.

Dated: August 25, 2021                Respectfully submitted,

                                      */s/ Stephen M. Lobbin*
                                      **Attorney(s) for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, I hereby certify that on August 25, 2021, I served the foregoing document on Defendant pursuant to Fed. R. Civ. P. 5(a)(2) and 5(b)(2)(C).

*/s/ Stephen M. Lobbin*