UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 21-00809-CJC(JDEx)            Date: September 27, 2021

Title: DIGITAL VERIFICATION SYSTEMS, LLC V. TAIGLE, LLC

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Dkt. 18) AND DIRECTING PLAINTIFF TO SERVE SUMMONS AND COMPLAINT**

Plaintiff Digital Verification Systems, LLC filed a patent infringement claim against Defendant Taigle, LLC (d/b/a MSBDocs) on April 30, 2021 (Dkt. 1 [Complaint].) On July 1, 2021, Plaintiff attempted to serve the summons and complaint on Defendant. (Dkt. 10 [Proof of Service].) The summons and complaint were delivered in person to a Laura "Doe" at 15925 Carmenita Rd., Cerritos, CA 90703. (*Id*.) This is the address of the office of Navneet Chugh, who, according to the California Secretary of State's website, is the individual designated by Defendant as its agent for service of process. Defendant has not appeared in this action. Plaintiff moved this Court for default judgment on August 25, 2021. (Dkt. 18.)

The Court finds Plaintiff's proof of service deficient. Federal Rule of Civil Procedure 4(h) provides that a business entity may be served in a manner consistent with state law, or by delivering a copy of the summons and complaint to an officer of the business entity, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process. Plaintiff does not purport to have delivered the summons and complaint to an officer or managing or general agent of Defendant. (*See* Dkt. 10.) And Plaintiff did not deliver the summons and complaint to Defendant's appointed agent for service of process, Navneet Chugh. (*See id*.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 21-00809-CJC(JDEx)            Date: September 27, 2021
                                                                              Page 2

Nor was Defendant's service compliant with California law. California Code of Civil Procedure section 416.10 permits service on a business entity by delivering copies of a summons and complaint to the person designated as agent for service of process. Again, Plaintiff did not deliver the copies to Defendant's designated agent for service of process, Navneet Chugh. California Code of Civil Procedure section 415.20 permits substitute service on an organization by delivering copies of a summons and complaint to the office of the individual authorized to accept service for the organization when the summons and complaint are left with an adult who is apparently in charge of the office. Section 415.20 further requires that the summons and complaint be thereafter mailed to the office where the summons and complaint were left.

Plaintiff did deliver copies of the summons and complaint to the office of the agent designated for service of process, leaving them with a Laura "Doe." (*See* Dkt. 10.) It seems that Laura "Doe" is an adult. (*See id*.) However, Plaintiff's proof of service does not reflect that Laura "Doe" appeared to be in charge of the office, as required by section 415.20. The proof of service mentions that Laura "Doe" was "Authorized to Accept," but that does not mean that Laura "Doe" appeared to be in charge of the office. *See Falco v. Nissan N. Am. Inc.*, 987 F. Supp. 2d 1071, 1079 (C.D. Cal. 2013) (distinguishing between a person authorized to accept service and a person in charge of the office where service is made). Further, the proof of service does not state that the summons and complaint were thereafter mailed to the office of the agent designated for service of process.

Because Plaintiff's service of the summons and complaint was deficient, the Court **DENIES** Plaintiff's motion for default judgment. Plaintiff is hereby **ORDERED** to effectuate service of the summons and complaint in a manner consistent with Federal Rule of Civil Procedure 4(h) by **October 29, 2021**. Plaintiff shall file a new proof of service after service is complete.

MINUTES FORM 11
CIVIL-GEN                                                                                              Initials of Deputy Clerk RRP